Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266-5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Chapter 13 Case No: |
|---|---|
| Glynn Fisher Jr | 17-40667-CN 13 |

WITHDRAWAL
OF
MOTION TO DISMISS OR CONVERT CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS

Martha G. Bronitsky, Chapter 13 Standing Trustee, hereby withdraws her MOTION TO DISMISS OR CONVERT CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS for the above named Chapter 13 Case which was filed on October 06, 2017, same being court docket #26.

Date: October 11, 2017

/s/ Martha G. Bronitsky

Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

In Re:

    Glynn Fisher Jr

Chapter 13 Case No:
17-40667-CN 13

## Certificate of Service

I hereby certify that I have served a copy of the within and foregoing document on the debtor (s) and counsel for debtor (s) at the addresses listed below by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Glynn Fisher Jr<br>315 Wayne Pl #308<br>Oakland,CA 94606 | Patrick L Forte Atty<br>1624 Franklin St #911<br>Oakland,CA 94612 |
| (Debtor(s)) | (Counsel for Debtor(s)) |

Date: October 11, 2017          /s/ CHRISTIE ACOSTA

                                                       CHRISTIE ACOSTA